IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATCHARIN BURKE, | Civil Action |
| Plaintiff, | No. 10-72 |
| v. | |
| AMI DODUCO, INC., AND GUENTHER HORN, | Judge Lancaster |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

S/ David J. Woolf
David J. Woolf
Amy L. Bashore

Pa.I.D. No. 76484 (Woolf)
Pa.I.D. No. 204212 (Bashore)

Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

Attorneys for Defendant AMI DODUCO, Inc.

/S/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Stember Feinstein Doyle Payne & Cordes
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 471-8500

Attorneys for Plaintiff

1

/S/ James R. Walker
James R. Walker
Pa.I.D. No.

Manion, McDonough & Lucas, P.C.
U.S. Steel Tower
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200

SO ORDERED this 19th day of July, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge